# EXHIBITS 1-17

14

4914-0384-8587 v1

**EXHIBITS 1-6:  CLAIM CHARTS FOR COCA-COLA® P1 FREESTYLE CARTRIDGE**

**Ex. 1--Claim Chart 1: U.S. Pat. No. 11,517,033**

| Claim 1 | Coca-Cola® P1 |
|---|---|
| A point-of-consumption beverage flavoring liquid concentrate composition comprising: a flavor component; | Coca-Cola® P1 is a point of consumption beverage flavoring liquid concentrate and it includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; | Coca-Cola® P1 includes "Water" as the first ingredient according to the product label (see Table 1).  Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1). |
| wherein the one or more acid modifiers comprises from about 5% to about 20% by weight of the liquid concentrate; | Our testing reveals that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4). |
| wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 80% by weight of the liquid concentrate; and | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4) and 89.07 wt% water (see Table 5).  No other solvent components (*e.g.*, ethanol) or acids are present in Coca-Cola® P1 according to its product label (see Table 1).  Therefore, the combined weight % of the solvent components and acid modifiers is 89.07 wt% + 8.44 wt% = 97.51 wt%, which is at least 80 wt%. |
| wherein water comprises at least 35% by weight of the liquid concentrate. | Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Tables 4 and 6), which is at least 35% by weight. |

15

**Ex. 2--Claim Chart 2: U.S. Pat. No. 11,744,267**

| Claim 15 | Coca-Cola® P1 |
|---|---|
| A point-of-consumption beverage flavoring liquid concentrate composition comprising: a flavor component; | Coca-Cola® P1 is a point of consumption beverage flavoring liquid concentrate and it includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| a solvent system comprising one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; and | Coca-Cola® P1 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1). |
| wherein the one or more acid modifiers comprises from about 7% to about 20% by weight of the liquid concentrate composition; | Our testing reveals that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4). |
| wherein water comprises at least 35% by weight of the liquid concentrate composition; and | Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5), which is at least 35% by weight. |
| wherein the liquid concentrate has a density of from about 1.05 g/ml to about 1.15 g/ml. | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 has a density of 1.0512 g/mL (see Table 2) satisfying the recited range. |

16

**Ex. 3--Claim Chart 3: U.S. Pat. No. 11,785,969**

| Claim 1 | Coca-Cola® P1 |
|---|---|
| A packaged liquid beverage flavoring concentrate comprising:<br><br>(a) a package adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point-of-consumption; and<br>(b) a liquid beverage flavoring concentrate composition comprising:<br><br>at least one flavor component; | Coca-Cola® P1 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine. The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. The liquid concentrate includes at least one flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| optionally, a colorant; | Coca-Cola® P1 includes a colorant, *i.e.*, "Caramel Color" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, propylene glycol, and any combination thereof; | Coca-Cola® P1 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1). |
| wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 95% by weight of the liquid concentrate composition; | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4) and 89.07 wt% water (see Table 6). No other solvent components (*e.g.*, ethanol or propylene glycol) or acids are present in Coca-Cola® P1 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid modifiers is 89.07 wt% + 8.44 wt% = 97.51 wt%, which is at least 95 wt% (See Tables 3 and 5). |
| wherein water comprises at least 35% by weight of the liquid concentrate composition; and | Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water |

17

| | |
|---|---|
| | (see Table 5), which is at least 35% by weight. |
| wherein the liquid concentrate has a density of from about 1.05 g/ml to about 1.15 g/ml. | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 has a density of 1.0512 g/mL (see Table 2) satisfying the recited range. |

18

4914-0384-8587 v1

**Ex. 4--Claim Chart 4: U.S. Pat. No. 11,766,054**

| Claim 6 | Coca-Cola® P1 |
|---|---|
| A packaged liquid beverage flavoring concentrate comprising:<br><br>(a) a package adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point-of-consumption; and<br>(b) a liquid beverage flavoring concentrate composition comprising:<br><br>a flavor component; | Coca-Cola® P1 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine. The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. The liquid concentrate includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; | Coca-Cola® P1 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5). |
| one or more acid modifiers, wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 80% by weight of the liquid concentrate composition; | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4) and 89.07 wt% water (see Table 5). No other solvent components (*e.g.*, ethanol) or acids are present in Coca-Cola® P1 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid modifiers is 89.07 wt% + 8.44 wt% = 97.51 wt%, which is at least 80 wt% of the liquid concentrate composition. |
| wherein the one or more acid modifiers comprises at least 7% by weight of the composition and are selected from citric acid, malic acid, tartaric acid, phosphoric acid, and combinations thereof; | Coca-Cola® P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1). Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4), which is at least 7% by weight of the composition. |

4914-0384-8587 v1

| | |
|---|---|
| wherein water comprises at least 35% by weight of the liquid concentrate composition; and | Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5), which is at least 35% by weight. |
| wherein the liquid concentrate has a density of from about 1.05 g/ml to about 1.15 g/ml. | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 has a density of 1.0512 g/mL (see Table 2) satisfying the recited range. |

20

4914-0384-8587 v1

**Ex. 5--Claim Chart 5: U.S. Pat. No. 11,517,034**

| Claim 1 | Coca-Cola® P1 |
|---|---|
| A method of flavoring water at a point-of-consumption, the method comprising: | Coca-Cola® P1 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine. The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. |
| adding a liquid beverage flavoring concentrate to water at the point-of-consumption, the liquid beverage flavoring concentrate comprising: | Coca-Cola® P1 is a liquid beverage flavoring concentrate adapted to store the liquid beverage flavoring concentrate and be installed into a Freestyle machine in order to dispense the concentrate at a point of consumption into water to produce a flavored finished beverage. |
| a flavor component; | Coca-Cola® P1 includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; and | Coca-Cola® P1 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1). Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4). |
| wherein the one or more acid modifiers comprises from about 5% to about 20% by weight of the liquid concentrate; | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4), which satisfies the recited range. |
| wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 80% by weight of the liquid concentrate; and | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4) and 89.07 wt% water (see Table 5). No other solvent |

21

4914-0384-8587 v1

| | components (*e.g.*, ethanol) or acids are present in Coca-Cola® P1 according to its product label (see Table 1).  Therefore, the combined weight % of the solvent components and acid modifiers is 89.07 wt% + 8.44 wt% = 97.51 wt%, which is at least 80 wt% of the liquid concentrate composition. |
|---|---|
| wherein water comprises at least 35% by weight of the liquid concentrate. | Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5), which is at least 35% by weight. |
| Claim 17 | Coca-Cola® P1 |
| A method of flavoring water, the method comprising: | Coca-Cola® P1 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine.  The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption into water in order to flavor water. |
| adding a liquid beverage flavoring concentrate to an amount of water, the liquid beverage flavoring concentrate comprising: | Coca-Cola® P1 is a liquid beverage flavoring concentrate adapted to store the liquid beverage flavoring concentrate and be installed into a Freestyle machine in order to dispense the concentrate at a point of consumption into an amount of water to produce a flavored finished beverage. |
| a flavor component; | Coca-Cola® P1 includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; and | Coca-Cola® P1 includes "Water" as the first ingredient according to the product label (see Table 1).  Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1).  Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is |

22

| | |
|---|---|
| | comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4). |
| wherein the one or more acid modifiers comprises from about 5% to about 20% by weight of the liquid concentrate; | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4), which satisfies the recited range. |
| wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 80% by weight of the liquid concentrate; and | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.4% by weight phosphoric acid (see Tables 3 and 4) and 89.07 wt% water (see Table 5). No other solvent components (*e.g.*, ethanol) or acids are present in Coca-Cola® P1 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid modifiers is 89.07 wt% + 8.44 wt% = 97.51 wt%, which is at least 80 wt% of the liquid concentrate composition. |
| wherein water comprises at least 35% by weight of the liquid concentrate. | Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5), which is at least 35% by weight. |

23

4914-0384-8587 v1

**Ex. 6--Claim Chart 6: U.S. Pat. No. 11,606,962**

| Claim 8 | Coca-Cola® P1 |
| --- | --- |
| A method of flavoring water at a point-of-consumption, the method comprising: | Coca-Cola® P1 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine. The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. |
| adding a liquid beverage flavoring concentrate to water at the point-of-consumption, the liquid beverage flavoring concentrate comprising: | Coca-Cola® P1 is a liquid beverage flavoring concentrate adapted to store the liquid beverage flavoring concentrate and be installed into a Freestyle machine in order to dispense the concentrate at a point of consumption into water to produce a flavored finished beverage. |
| at least one flavor component; | Coca-Cola® P1 includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| optionally, a colorant; | Coca-Cola® P1 includes a colorant, *i.e.*, "Caramel Color" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, propylene glycol, and any combination thereof; and | Coca-Cola® P1 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1). Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4). |
| wherein the one or more solvent components and the one or more acid modifiers comprises at least 95% by weight of the liquid concentrate, and | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 is comprised of about 8.44-8.64% by weight phosphoric acid (see Tables 3 and 4) and 89.07 wt% water (see Table 5). No other solvent components (*e.g.*, ethanol or propylene glycol) or acids are present in Coca-Cola® |

24

4914-0384-8587 v1

25

| | |
|---|---|
| | P1 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid modifiers is 89.07 wt% + 8.44 wt% = 97.51 wt%, which is at least 95 wt% of the liquid concentrate composition. |
| wherein water comprises at least 35% by weight of the liquid concentrate; and | Our laboratory testing of Coca-Cola® P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 89.07 wt% water (see Table 5), which is at least 35% by weight. |
| wherein the liquid concentrate has a density of from about 1.05 g/ml to about 1.24 g/ml. | Our testing of Coca-Cola® P1 determined that Coca-Cola® P1 has a density of 1.0512 g/mL (see Table 2) satisfying the recited range. |

4914-0384-8587 v1

## CLAIM CHARTS FOR COCA-COLA® ZERO SUGAR P1 FREESTYLE CARTRIDGE

### Ex. 7--Claim Chart 7: U.S. Pat. No. 11,517,033

| Claim 1 | Coca-Cola® Zero Sugar P1 |
|---|---|
| A point-of-consumption beverage flavoring liquid concentrate composition comprising: a flavor component; | Coca-Cola® Zero Sugar P1 is a point of consumption beverage flavoring liquid concentrate and it includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; | Coca-Cola® Zero Sugar P1 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Coca-Cola® Zero Sugar P1 by Karl Fischer analysis determined that Coca-Cola® P1 includes 87.08 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® Zero Sugar P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1). |
| wherein the one or more acid modifiers comprises from about 5% to about 20% by weight of the liquid concentrate; | Our testing reveals that Coca-Cola® Zero Sugar P1 is comprised of about 6.9% by weight phosphoric acid (see Tables 3 and 4). |
| wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 80% by weight of the liquid concentrate; and | Our testing of Coca-Cola® Zero Sugar P1 determined that Coca-Cola® Zero Sugar P1 is comprised of about 6.9% by weight phosphoric acid (see Tables 3 and 4) and 87.08 wt% water (see Table 5). No other solvent components (*e.g.*, ethanol) or acids are present in Coca-Cola® Zero Sugar P1 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid modifiers is 87.08 wt% + 6.9 wt% = 93.98 wt%, which is at least 80 wt%. |
| wherein water comprises at least 35% by weight of the liquid concentrate. | Our laboratory testing of Coca-Cola® Zero Sugar P1 by Karl Fischer analysis determined that Coca-Cola® Zero Sugar P1 includes 87.08 wt% water (see Table 6), which is at least 35% by weight. |

26

4914-0384-8587 v1

**Ex. 8--Claim Chart 8: U.S. Pat. No. 11,744,267**

| Claim 15 | Coca-Cola® Zero Sugar P1 |
|---|---|
| A point-of-consumption beverage flavoring liquid concentrate composition comprising: a flavor component; | Coca-Cola® Zero Sugar P1 is a point of consumption beverage flavoring liquid concentrate and it includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| a solvent system comprising one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; and | Coca-Cola® Zero Sugar P1 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Coca-Cola® Zero Sugar P1 by Karl Fischer analysis determined that Coca-Cola® Zero Sugar P1 includes 87.08 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® Zero Sugar P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1). |
| wherein the one or more acid modifiers comprises from about 7% to about 20% by weight of the liquid concentrate composition; | Our testing reveals that Coca-Cola® Zero Sugar P1 is comprised of about 6.9-6.94% by weight phosphoric acid (see Tables 3 and 4) which satisfies the "*about* 7% to about 20%" range recited in the claim. Alternatively, 6-9-6.94% acid is equivalent to "about 7%" under the Doctrine of Equivalents in that it would perform the same function in the same way to achieve the same result as a composition with 7% acid. |
| wherein water comprises at least 35% by weight of the liquid concentrate composition; and | Our laboratory testing of Coca-Cola® Zero Sugar P1 by Karl Fischer analysis determined that Coca-Cola® Zero Sugar P1 includes 87.08 wt% water (see Table 5), which is at least 35% by weight. |
| wherein the liquid concentrate has a density of from about 1.05 g/ml to about 1.15 g/ml. | Our testing of Coca-Cola® Zero Sugar P1 determined that Coca-Cola® Zero Sugar P1 has a density of 1.0647 g/mL (see Table 2) satisfying the recited range. |

4914-0384-8587 v1

**Ex. 9--Claim Chart 9: U.S. Pat. No. 11,517,034**

| Claim 1 | Coca-Cola® Zero Sugar P1 |
|---|---|
| A method of flavoring water at a point-of-consumption, the method comprising: | Coca-Cola® Zero Sugar P1 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine.  The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. |
| adding a liquid beverage flavoring concentrate to water at the point-of-consumption, the liquid beverage flavoring concentrate comprising: | Coca-Cola® Zero Sugar P1 is a liquid beverage flavoring concentrate adapted to store the liquid beverage flavoring concentrate and be installed into a Freestyle machine to dispense the concentrate at a point of consumption into water to produce a flavored finished beverage. |
| a flavor component; | Coca-Cola® Zero Sugar P1 includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; and | Coca-Cola® Zero Sugar P1 includes "Water" as the first ingredient according to the product label (see Table 1).  Our laboratory testing of Coca-Cola® Zero Sugar P1 by Karl Fischer analysis determined that Coca-Cola® Zero Sugar P1 includes 87.08 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® Zero Sugar P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1).  Our testing of Coca-Cola® Zero Sugar P1 determined that Coca-Cola® Zero Sugar P1 is comprised of about 6.9% by weight phosphoric acid (see Tables 3 and 4). |
| wherein the one or more acid modifiers comprises from about 5% to about 20% by weight of the liquid concentrate; | Our testing of Coca-Cola® Zero Sugar P1 determined that Coca-Cola® Zero Sugar P1 is comprised of about 6.9% by weight phosphoric acid (see Tables 3 and 4), which satisfies the recited range. |

4914-0384-8587 v1

| wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 80% by weight of the liquid concentrate; and | Our testing of Coca-Cola® Zero Sugar P1 determined that Coca-Cola® Zero Sugar P1 is comprised of about 6.7-6.9% by weight phosphoric acid (see Tables 3 and 4) and 87.08 wt% water (see Table 5). No other solvent components (*e.g.*, ethanol) or acids are present in Coca-Cola® Zero Sugar P1 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid modifiers is 87.08 wt% + 6.9 wt% = 93.98 wt%, which is at least 80 wt% of the liquid concentrate composition. |
| wherein water comprises at least 35% by weight of the liquid concentrate. | Our laboratory testing of Coca-Cola® Zero Sugar P1 by Karl Fischer analysis determined that Coca-Cola® Zero Sugar P1 includes 87.08 wt% water (see Table 5), which is at least 35% by weight. |
| Claim 17 | Coca-Cola® Zero Sugar P1 |
| A method of flavoring water, the method comprising: | Coca-Cola® Zero Sugar P1 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine. The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption into water in order to flavor water. |
| adding a liquid beverage flavoring concentrate to an amount of water, the liquid beverage flavoring concentrate comprising: | Coca-Cola® Zero Sugar P1 is a liquid beverage flavoring concentrate adapted to store the liquid beverage flavoring concentrate and be installed into a Freestyle machine in order to dispense the concentrate at a point of consumption into an amount of water to produce a flavored finished beverage. |
| a flavor component; | Coca-Cola® Zero Sugar P1 includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; and | Coca-Cola® Zero Sugar P1 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Coca-Cola® Zero Sugar P1 by Karl Fischer analysis |

29

| | |
|---|---|
| | determined that Coca-Cola® Zero Sugar P1 includes 87.08 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Coca-Cola® Zero Sugar P1 includes "Phosphoric Acid" as the second listed ingredient according to the product label (see Table 1). Our testing of Coca-Cola® Zero Sugar P1 determined that Coca-Cola® Zero Sugar P1 is comprised of about 6.9% by weight phosphoric acid (see Tables 3 and 4). |
| wherein the one or more acid modifiers comprises from about 5% to about 20% by weight of the liquid concentrate; | Our testing of Coca-Cola® Zero Sugar P1 determined that Coca-Cola® Zero Sugar P1 is comprised of about 6.9% by weight phosphoric acid (see Tables 3 and 4), which satisfies the recited range. |
| wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 80% by weight of the liquid concentrate; and | Our testing of Coca-Cola® Zero Sugar P1 determined that Coca-Cola® Zero Sugar P1 is comprised of about 6.7-6.9% by weight phosphoric acid (see Tables 3 and 4) and 87.08 wt% water (see Table 5). No other solvent components (*e.g.*, ethanol) or acids are present in Coca-Cola® Zero Sugar P1 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid modifiers is 87.08 wt% + 6.9 wt% = 93.98 wt%, which is at least 80 wt% of the liquid concentrate composition. |
| wherein water comprises at least 35% by weight of the liquid concentrate. | Our laboratory testing of Coca-Cola® Zero Sugar P1 by Karl Fischer analysis determined that Coca-Cola® Zero Sugar P1 includes 87.08 wt% water (see Table 5), which is at least 35% by weight. |

4914-0384-8587 v1

**CLAIM CHARTS FOR DIET COKE® P2 FREESTYLE CARTRIDGE**

**Ex. 10--Claim Chart 10: U.S. Pat. No. 11,517,033**

| Claim 1 | Diet Coke® P2 |
|---|---|
| A point-of-consumption beverage flavoring liquid concentrate composition comprising: a flavor component; | Diet Coke® P2 is a point of consumption beverage flavoring liquid concentrate and it includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; | Diet Coke® P2 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Diet Coke® P2 includes "Phosphoric Acid" as the third listed ingredient and "Citric Acid" as the sixth listed ingredient according to the product label (see Table 1). |
| wherein the one or more acid modifiers comprises from about 5% to about 20% by weight of the liquid concentrate; | Our testing reveals that Diet Coke® P2 includes 4.88% total acid as measured by titration (see Table 3), which is "*about* 5%." Additionally, 4.88% acid is equivalent to "about 5%" under the Doctrine of Equivalents in that it would perform the same function in the same way to achieve the same result as a composition containing 5% acid. |
| wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 80% by weight of the liquid concentrate; and | Our testing of Diet Coke® P2 determined that Diet Coke® P2 is comprised of about 4.88% total acid (see Table 3), 3.69% by weight phosphoric acid and 0.58% citric acid (see Table 4) and 90.73 wt% water (see Table 5). No other solvent components (*e.g.*, ethanol) or acids are present in Diet Coke® P2 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid modifiers is 90.73 wt% + 3.69% wt% + 0.58 wt% = 95.00 wt%, which is at least 80 wt%. |
| wherein water comprises at least 35% by weight of the liquid concentrate. | Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that |

31

32

| | Diet Coke® P2 includes 90.73 wt% water (see Table 6), which is at least 35% by weight. |
|---|---|

4914-0384-8587 v1

**Ex. 11--Claim Chart 11: U.S. Pat. No. 11,606,961**

| Claim 1 | Diet Coke® P2 |
|---|---|
| A packaged liquid beverage flavoring concentrate comprising:<br><br>(a) a package adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point-of-consumption; and<br>(b) a liquid beverage flavoring concentrate comprising:<br><br>at least one flavor component; | Diet Coke® P2 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine. The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. The liquid concentrate includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| optionally, a colorant; | Diet Coke® P2 includes a colorant, *i.e.*, "Caramel Color" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, propylene glycol, and any combination thereof; and | Diet Coke® P2 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Diet Coke® P2 includes "Phosphoric Acid" as the third listed ingredient and "Citric Acid" as the sixth listed ingredient according to the product label (see Table 1). |
| wherein the liquid concentrate comprises at least 35% by weight water; | Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5), which is at least 35% by weight. |
| wherein the one or more solvent components and the one or more acid modifiers collectively comprise at least 95% by weight of the liquid concentrate; and | Our testing of Diet Coke® P2 determined that Diet Coke® P2 is comprised of about 4.88% total acid (see Table 3), about 3.69% by weight phosphoric acid and 0.58% citric acid (see Table 4), and 90.73 wt% water (see Table 5). No other solvent components (*e.g.*, ethanol, propylene glycol) or acids are present in Diet Coke® P2 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid |

33

4914-0384-8587 v1

| | |
|---|---|
| | modifiers is 90.73 wt% + 3.69% wt% + 0.58 wt% = 95.00 wt%, which is at least 95 wt%. |
| wherein the liquid concentrate has a density of from about 1.05 g/ml to about 1.24 g/ml. | Our testing of Diet Coke® P2 determined that Diet Coke® P2 has a density of 1.0482 g/mL (see Table 2), which is *about* 1.05 g/ml, thus satisfying the recited range. Alternatively, 1.0482 g/mL is equivalent to 1.05 g/ml under the Doctrine of Equivalents in that it would perform the same function in the same way to achieve the same result as a liquid concentrate with a density of 1.05 g/ml. |

4914-0384-8587 v1

**Ex. 12--Claim Chart 12: U.S. Pat. No. 11,606,962**

| Claim 8 | Diet Coke® P2 |
|---|---|
| A method of flavoring water at a point-of-consumption, the method comprising: | Diet Coke® P2 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine. The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. |
| adding a liquid beverage flavoring concentrate to water at the point-of-consumption, the liquid beverage flavoring concentrate comprising: | Diet Coke® P2 is a liquid beverage flavoring concentrate adapted to store the liquid beverage flavoring concentrate and be installed into a Freestyle machine in order to dispense the concentrate at a point of consumption into water to produce a flavored finished beverage. |
| at least one flavor component; | Diet Coke® P2 includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| optionally, a colorant; | Diet Coke® P2 includes a colorant, *i.e.*, "Caramel Color" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, propylene glycol, and any combination thereof; and | Diet Coke® P2 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Diet Coke® P2 includes "Phosphoric Acid" as the third listed ingredient and "Citric Acid" as the sixth listed ingredient according to the product label (see Table 1). |
| wherein the one or more solvent components and the one or more acid modifiers comprises at least 95% by weight of the liquid concentrate, and | Our testing of Diet Coke® P2 determined that Diet Coke® P2 is comprised of about 4.88% total acid (see Table 3), about 3.69% by weight phosphoric acid and 0.58% citric acid (see Table 4) and 90.73 wt% water (see Table 5). No other solvent components (*e.g.*, ethanol, propylene glycol) or acids are present in Diet Coke® P2 according to its product label (see |

35

4914-0384-8587 v1

|  |  |
|---|---|
|  | Table 1).  Therefore, the combined weight % of the solvent components and acid modifiers is 90.73 wt% + 3.69% wt% + 0.58 wt% = 95.00 wt%, which is at least 95 wt%. |
| wherein water comprises at least 35% by weight of the liquid concentrate; and | Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5), which is at least 35% by weight. |
| wherein the liquid concentrate has a density of from about 1.05 g/ml to about 1.24 g/ml. | Our testing of Diet Coke® P2 determined that Diet Coke® P2 has a density of 1.0482 g/mL (see Table 2), which is *about* 1.05 g/ml, thus satisfying the recited range.  Additionally, 1.0482 g/mL is equivalent to 1.05 g/ml under the Doctrine of Equivalents in that it would perform the same function in the same way to achieve the same result as a liquid concentrate with a density of 1.05 g/ml. |

36

4914-0384-8587 v1

**Ex. 13--Claim Chart 13: U.S. Pat. No. 11,622,570**

| Claim 1 | Diet Coke® P2 |
|---|---|
| A method of flavoring water at the point-of-consumption, comprising: | Diet Coke® P2 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine. The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. |
| adding a liquid beverage flavoring concentrate to water at the point-of-consumption, the liquid beverage concentrate comprising: | Diet Coke® P2 is a liquid beverage flavoring concentrate adapted to store the liquid beverage flavoring concentrate and be installed into a Freestyle machine in order to dispense the concentrate at a point of consumption into water to produce a flavored finished beverage. |
| at least one flavor component; | Diet Coke® P2 includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| optionally, a colorant; | Diet Coke® P2 includes a colorant, *i.e.*, "Caramel Color" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, propylene glycol, and any combination thereof; and | Diet Coke® P2 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Diet Coke® P2 includes "Phosphoric Acid" as the third listed ingredient and "Citric Acid" as the sixth listed ingredient according to the product label (see Table 1). |
| wherein the liquid concentrate comprises at least 35% by weight water, | Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5), which is at least 35% by weight. |
| wherein the one or more solvent components and the one or more acid modifiers collectively comprise at least 95% by weight of the liquid concentrate, | Our testing of Diet Coke® P2 determined that Diet Coke® P2 is comprised of about 3.69% by weight phosphoric acid and 0.58% citric acid (see Table 4) and 90.73 |

37

| | |
|---|---|
| | wt% water (see Table 5). No other solvent components (*e.g.*, ethanol, propylene glycol) or acids are present in Diet Coke® P2 according to its product label (see Table 1). Therefore, the combined weight % of the solvent components and acid modifiers is 90.73 wt% + 3.69% wt% + 0.58 wt% = 95.00 wt%, which is at least 95 wt%. |
| wherein the liquid concentrate has a density of from about 1.05 g/ml to about 1.15 g/ml, and | Our testing of Diet Coke® P2 determined that Diet Coke® P2 has a density of 1.0482 g/mL (see Table 3), which is *about* 1.05 g/ml, thus satisfying the recited range. Alternatively, 1.0482 g/mL is equivalent to 1.05 g/ml under the Doctrine of Equivalents in that it would perform the same function in the same way to achieve the same result as a liquid concentrate with a density of 1.05 g/ml.. |
| wherein when the concentrate is introduced into water, the liquid concentrate disperses in the water in less than 20 seconds. | Diet Coke® P2 is a liquid beverage flavoring concentrate adapted to be dispensed into water at the point of consumption to produce a post-mixed flavored beverage nearly immediately upon being introduced into water. Therefore, the Diet Coke® P2 liquid concentrate disperses in water in less than 20 seconds. |

38

4914-0384-8587 v1

**Ex. 14--Claim Chart 14: U.S. Pat. No. 11,517,034**

| Claim 1 | Diet Coke® P2 |
|---|---|
| A method of flavoring water at a point-of-consumption, the method comprising: | Diet Coke® P2 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine. The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. |
| adding a liquid beverage flavoring concentrate to water at the point-of-consumption, the liquid beverage flavoring concentrate comprising: | Diet Coke® P2 is a liquid beverage flavoring concentrate adapted to store the liquid beverage flavoring concentrate and be installed into a Freestyle machine in order to dispense the concentrate at a point of consumption into water to produce a flavored finished beverage. |
| a flavor component; | Diet Coke® P2 includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; and | Diet Coke® P2 includes "Water" as the first ingredient according to the product label (see Table 1). Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Diet Coke® P2 includes "Phosphoric Acid" as the third listed ingredient and "Citric Acid" as the sixth listed ingredient according to the product label (see Table 1). |
| wherein the one or more acid modifiers comprises from about 5% to about 20% by weight of the liquid concentrate; | Our testing reveals that Diet Coke® P2 includes 4.88% total acid as measured by titration (see Table 3), which is "*about 5%.*" Additionally, 4.88% acid is equivalent to "about 5%" under the Doctrine of Equivalents in that it would perform the same function in the same way to achieve the same result as a liquid concentrate with 5% acid. |
| wherein the combination of the one or more solvent components and the one or more | Our testing of Diet Coke® P2 determined that Diet Coke® P2 is comprised of about 3.69% by weight phosphoric acid and |

39

| acid modifiers comprises at least 80% by weight of the liquid concentrate; and | 0.58% citric acid (see Table 4) and 90.73 wt% water (see Table 5).  No other solvent components (*e.g.*, ethanol) or acids are present in Diet Coke® P2 according to its product label (see Table 1).  Therefore, the combined weight % of the solvent components and acid modifiers is 90.73 wt% + 3.69% wt% + 0.58 wt% = 95.00 wt%, which is at least 80 wt%. |
| --- | --- |
| wherein water comprises at least 35% by weight of the liquid concentrate. | Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5), which is at least 35% by weight. |
| Claim 17 | Diet Coke® P2 |
| A method of flavoring water, the method comprising: | Diet Coke® P2 is a liquid beverage flavoring concentrate sold in a bag-like package enclosed in a labeled box and operable to be inserted into a Freestyle machine.  The bag-like package is adapted to store the liquid beverage flavoring concentrate and to dispense the concentrate at a point of consumption. |
| adding a liquid beverage flavoring concentrate to an amount of water, the liquid beverage flavoring concentrate comprising: | Diet Coke® P2 is a liquid beverage flavoring concentrate adapted to store the liquid beverage flavoring concentrate and be installed into a Freestyle machine in order to dispense the concentrate at a point of consumption into water to produce a flavored finished beverage. |
| a flavor component; | Diet Coke® P2 includes a flavor component, *i.e.*, "Natural Flavors" according to the product label (see Table 1). |
| one or more solvent components selected from the group consisting of water, ethanol, and any combination thereof; and | Diet Coke® P2 includes "Water" as the first ingredient according to the product label (see Table 1).  Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5). |
| one or more acid modifiers selected from the group consisting of citric acid, malic acid, tartaric acid, phosphoric acid, and any combination thereof; | Diet Coke® P2 includes "Phosphoric Acid" as the third listed ingredient and "Citric Acid" as the sixth listed ingredient according to the product label (see Table 1). |

4914-0384-8587 v1

| | |
|---|---|
| wherein the one or more acid modifiers comprises from about 5% to about 20% by weight of the liquid concentrate; | Our testing reveals that Diet Coke® P2 includes 4.88% total acid as measured by titration (see Table 4), which is "*about 5%.*"    Alternatively, 4.88% acid is equivalent to "about 5%" under the Doctrine of Equivalents in that it would perform the same function in the same way to achieve the same result as a liquid concentrate with a 5% acid. |
| wherein the combination of the one or more solvent components and the one or more acid modifiers comprises at least 80% by weight of the liquid concentrate; and | Our testing of Diet Coke® P2 determined that Diet Coke® P2 is comprised of about 3.69% by weight phosphoric acid and 0.58% citric acid (see Table 4) and 90.73 wt% water (see Table 5).  No other solvent components (*e.g.*, ethanol) or acids are present in Diet Coke® P2 according to its product label (see Table 1).  Therefore, the combined weight % of the solvent components and acid modifiers is 90.73 wt% + 3.69% wt% + 0.58 wt% = 95.00 wt%, which is at least 80 wt%. |
| wherein water comprises at least 35% by weight of the liquid concentrate. | Our laboratory testing of Diet Coke® P2 by Karl Fischer analysis determined that Diet Coke® P2 includes 90.73 wt% water (see Table 5), which is at least 35% by weight. |

41

4914-0384-8587 v1

Ex. 15--May 16, 2017 Email from Seltzer to Coca-Cola re Patented Formulas

**From:** Steven Seltzer
[mailto:stevens@solubletechnologiesgroup.com]
**Sent:** Tuesday, May 16, 2017 4:10 PM
**To:** Matthew 'Atlanta' Mitchell <matthewmitchell@coca-cola.com>
**Subject:** The Coca-Cola Company & Patented Liquid
Delivery Technology …

Hi, Matthew,

I hope you have been well.

As you may recall, we spoke with you and Debbie Bachmann at VEB a few years back about our water enhancer brand Water Sensations.

To give you a bit of refresher:

We have developed an all-natural and organic liquid beverage concentrate that instantly disburses into water (and other liquids, such as coffee). Through this same technology, we can deliver a wide range of functional actives, along with natural flavors and sweeteners, of course.

As you may know, while the customizable beverage category is robust, there has been little innovation in the category. We can offer Coca-Cola, and its extensive portfolio of brands, an opportunity to utilize a patent protected technology to launch a new and truly innovative product to reinvigorate the category.

We would welcome an opportunity to discuss further with the you, and the appropriate person(s) at Coca-Cola.

Looking forward to your reply, including best next steps.

With best regards,

Steven J. Seltzer, for
Soluble Technologies Group
Mobile: 516-286-8414

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system. Thank You.

<STG-COCA-COLA-OVERVIEW.pdf>

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system. Thank You.

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system. Thank You.

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system. Thank You.

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system. Thank You.



KEITH GRADY, PARTNER
PH 504.620.3186
KEITH.GRADY@KEANMILLER.COM

August 19, 2025

VIA EMAIL (mhowarddouglas@coca-cola.com) and FEDEX
Monica Howard Douglas
Executive Vice-President and General Counsel
The Coca Cola Company
P.O. Box 1734
Atlanta, GA 30301

Re: *Soluble Technologies Group LLC Patent Portfolio*

Dear Ms. Howard Douglas,

We represent Soluble Technologies Group LLC ("STG"). STG owns U.S. Patent No. 9,560,872, U.S. Patent No. 9,839,227, U.S. Patent No. 10,154,682, U.S. Patent No. 10,327,462, U.S. Patent No. 10,448,659, U.S. Patent No. 11,606,961, U.S. Patent No. 11,606,962, U.S. Patent No. 11,517,033, U.S. Patent No. 11,517,034, U.S. Patent No. 11,622,570, U.S. Patent No. 11,744,267, U.S. Patent No. 11,766,053, U.S. Patent No. 11,766,054, and U.S. Patent No. 11,785,969. We are writing to inform you that these patents are relevant to The Coca Cola Company's products made using the Freestyle machine and to explain how the patents apply to those products.

STG obtained finished beverages prepared by a Coca-Cola Freestyle machine at Wawa Store #8338 on June 9, 2025. We had the products tested at an independent laboratory. The products the lab tested were Coca-Cola, Coke Zero, Sprite, Sprite Zero, Fanta, Fanta Zero, and Powerade Fruit Punch. The tests were designed to determine the weight percent of phosphoric acid and citric acid in each sample. Each sample was decarbonated and degassed using a sonicator prior to analysis. Acid-base titration was used to determine the molarity of the total acid in each sample, as shown in TABLE 1. The density of each sample was determined using a 10 mL calibrated pycnometer, with the results shown in TABLE 2.

TABLE 3 provides the calculated weight percent phosphoric acid in the Coca Cola and Coke Zero samples and the calculated citric acid in the Sprite, Fanta, and Powerade samples at 75:1, 100:1, and 150:1 dilution ratios based on the measurements in TABLES 1-2. We used these dilution ratios based on industry standards and publicly available information regarding the dilution rate of the concentrates in the Freestyle machines. The tables are set forth below.

TABLE 1 – Acid-Base Titration for Diluted Finished Products Produced by FREESTYLE Machine at Wawa Store #8338 June 9, 2025

| Flavor | Average Molarity | % Relative Standard Deviation |
|---|---|---|
| Coca Cola | 0.018 | 1.67 |
| Coke Zero | 0.013 | 13.31 |
| Sprite | 0.021 | 3.15 |
| Sprite Zero | 0.026 | 5.05 |
| Fanta | 0.019 | 2.48 |
| Fanta Zero | 0.020 | 2.61 |
| Powerade Fruit Punch | 0.043 | 1.49 |

TABLE 2 – Density for Diluted Finished Products Produced by FREESTYLE Machine at Wawa Store #8338 June 9, 2025

| Flavor | Average Density (g/mL) | % Relative Standard Deviation |
|---|---|---|
| Coca Cola | 1.0364 | 0.06 |
| Coke Zero | 0.9994 | 0.03 |
| Sprite | 1.0382 | 0.05 |
| Sprite Zero | 1.0009 | 0.10 |
| Fanta | 1.0452 | 0.07 |
| Fanta Zero | 0.9991 | 0.03 |
| Powerade Fruit Punch | 1.0230 | 0.09 |

TABLE 3 – Calculated Weight Percent Phosphoric and Citric Acid in Concentrate (e.g., Freestyle Cartridge) Based on Data in Table 1 and Table 2 at 75:1, 100:1, and 150:1 Dilution Ratios

| Flavor | 75:1 | 100:1 | 150:1 | Representative Calculation of w/w% for 150:1 |
|---|---|---|---|---|
| Coca Cola | 4.3% | 5.7% | 8.5% | $[[(0.018M \cdot 97.994g/mol[1] \cdot 100)/(1.0364 \ g/mL \cdot 1000)]/3[2]] \cdot 150$ |
| Coke Zero | 3.2% | 4.3% | 6.4% | $[[(0.013M \cdot 97.994g/mol \cdot 100)/(0.9994 \ g/mL \cdot 1000)]/3] \cdot 150$ |
| Sprite | 9.7% | 13.0% | 19.4% | $[[(0.021M \cdot 192.124g/mol[3] \cdot 100)/(1.0382 \ g/mL \cdot 1000)]/3] \cdot 150$ |
| Sprite Zero | 12.5% | 16.6% | 25.0% | $[[(0.026M \cdot 192.124g/mol \cdot 100)/(1.0009 \ g/mL \cdot 1000)]/3] \cdot 150$ |
| Fanta | 8.7% | 11.6% | 17.5% | $[[(0.019M \cdot 192.124g/mol \cdot 100)/(1.0452 \ g/mL \cdot 1000)]/3] \cdot 150$ |
| Fanta Zero | 9.6% | 12.8% | 19.2% | $[[(0.020M \cdot 192.124g/mol \cdot 100)/(0.9991 \ g/mL \cdot 1000)]/3] \cdot 150$ |
| Powerade Fruit Punch | 20.2% | 26.9% | 40.4% | $[[(0.043M \cdot 192.124g/mol \cdot 100)/(1.0230 \ g/mL \cdot 1000)]/3] \cdot 150$ |

Additionally, each sample was analyzed using ion chromatography (IC) to determine the corresponding amount of malate, phosphate, and citrate anions in each sample, as shown in TABLE 4. TABLE 5 provides the calculated weight percent phosphoric acid in the Coca Cola and Coke Zero samples and the calculated weight percent citric acid in the Sprite, Fanta, and Powerade

---

[1] 97.994g/mol is the molar mass of phosphoric acid which is the only acid in the Coca Cola and Coke Zero samples.
[2] Divided by 3 to account for the fact that citric acid and phosphoric acid are triprotic acids.
[3] 192.124 g/mol is the molar mass of citric acid which is the only acid in the Sprite, Sprite Zero, Fanta, Fanta Zero, and Powerade Fruit Punch samples

2

4905-2109-9360 v3

samples at 75:1, 100:1, and 150:1 dilution ratios based on the IC measurements in TABLE 4, assuming that all of the detected acid anions can be attributed to its triprotic acid form.

TABLE 4 – Ion Chromatography (IC) Results for Samples

| Flavor | Malate (ppm) | Phosphate (ppm) | Citrate (ppm) |
|---|---|---|---|
| Coca Cola | Undetectable | 522.4 | Undetectable |
| Coke Zero | Undetectable | 480.3 | Undetectable |
| Sprite | < 13 | < 10 | 1351.8 |
| Sprite Zero | Undetectable | 31.0 | 1350.1 |
| Fanta | Undetectable | < 10 | 1233.2 |
| Fanta Zero | Undetectable | 40.5 | 1105.3 |
| Powerade Fruit Punch | < 13 | 17.0 | 2478.0 |

TABLE 5 – Calculated Weight Percent Phosphoric and Citric Acid in Concentrate (e.g., Freestyle Cartridge) Based on the IC Data in Table 4 at 75:1, 100:1, and 150:1 Dilution Ratios

| Flavor | 75:1 | 100:1 | 150:1 |
|---|---|---|---|
| Coca Cola | 3.9% | 5.2% | 7.8% |
| Coke Zero | 3.6% | 4.8% | 7.2% |
| Sprite | 10.1% | 13.5% | 20.3% |
| Sprite Zero | 10.1% | 13.5% | 20.3% |
| Fanta | 9.2% | 12.3% | 18.5% |
| Fanta Zero | 8.3% | 11.1% | 16.6% |
| Powerade Fruit Punch | 18.6% | 24.8% | 37.2% |

Based on the results in TABLES 3 and 5, we have a reasonable belief that the concentrates used to prepare the tested products meet the weight percent acid requirements of one or more claims of STG's patents, at the relevant dilution ratios used by the Freestyle machine. In particular, the results shown in TABLES 3 and 5 indicate that the concentrates used in the Freestyle machine meet one or more of the following limitations of STG's patent claims:

- from about 5 to about 20 wt% acid (U.S. Patent No. 11,517,033, claim 1 and 11,517,034 claim 1);
- from about 7 to about 20 wt% acid (U.S. Patent No. 11,744,267, claim 8);
- from about 12 to about 20 wt% acid (U.S. Patent No. 10,448,659, claim 9);
- at least 7 wt% acid and where the solvent components plus the acid are 80 wt% (U.S. Patent No. 11,766,053, claim 13),
- where the solvent components plus the acid are 95 wt% (U.S. Patent No. 11,606,961, claims 1and 13 and 11,606,962, claims 1 and 16)
- from about 13 to about 17 wt% citric acid, (U.S. Patent No. 9,560,871, claim 1); and
- from about 12 to about 20 wt% citric acid (U.S. Patent No. 10,448,659, claim 1).

3

We also have a reasonable belief, based on the components and order of components listed on the concentrate product labels as well as our testing of the finished beverages prepared using such concentrates, that each of the tested products infringes one or more claims of STG's patents. We have a reasonable belief that, in addition to meeting the acid requirements of STG's patent claims, the tested products also meet the flavor, solvent, and water limitations of one or more of the claims of STG's patents. We also believe, based on our testing of this limited number of products, that many of the additional cartridges used in the Freestyle machine likely infringe one or more of the claims of STG's patent portfolio. Additionally, the Coke, Powerade, and Sprite products each tested positive for substantial quantities of propylene glycol and ethanol. Thus, we have a reasonable belief that these products infringe at least claim 1 of European Patent No. 1879471.

STG previously informed The Coca Cola Company of its intellectual property in this area. As early as 2017, one of STG's principals communicated with The Coca Cola Company's Research and Development team about STG's technology and the potential for partnership on two separate occasions. The Coca Cola Company's Research and Development team rejected STG's outreach both times.

We understand the Freestyle machines and the products identified above have been commercially successful and have generated sales of between $1 to $3 billion annually with at least about 70% of that revenue coming from sales of the concentrates. Our client has successfully licensed its patent portfolio to the biggest players in the liquid water enhancer industry and has successfully defended the validity of its patents in litigation. The licenses are in two product categories—branded products such as Coca Cola's and unbranded or store branded products such as those sold at Wal-Mart or Aldi's. STG has entered several non-exclusive licenses in the branded product category and one exclusive license in the unbranded category. Our client is interested in discussing a non-exclusive license for the Coca Cola branded products. Please let me know if you are interested in discussing an amicable resolution of this matter.

Best regards,

Keith J. Grady

4

Ex. 17--Counsel Discussions regarding Infringement

**Keith Grady**

| | |
|---|---|
| **From:** | Keith Grady |
| **Sent:** | Tuesday, September 2, 2025 5:31 PM |
| **To:** | Yoo-Sun Park |
| **Subject:** | Re: Soluble Technologies Group LLC Patent Portfolio |

Dear Mr. Park,

Thank you for your message. Please let us have your response by September 24 so we can move this matter forward. We look forward to discussing this matter with you.

Best regards,

Keith

Keith Grady

Partner

Kean Miller LLP

909 Poydras St. Suite 3600

New Orleans, Louisiana 70112

504.620.3186  (direct)

314.707.9482  (mobile)

keith.grady@keanmiller.com

*Practice limited to federal intellectual property law; Not licensed in Louisiana.*

# KeanMiller

REDISCOVER KEAN MILLER | LAW BLOGS

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended for the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify sender immediately by telephone.

On Sep 2, 2025, at 1:44 PM, Yoo-Sun Park <yoospark@coca-cola.com> wrote:

> **CAUTION:** This email originated from outside of Kean Miller. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Grady,

We are confirming receipt of the attached letter addressed to the General Counsel of The Coca-Cola Company.

We are reviewing the contents of your letter.

Please direct any future correspondence to my attention.

1

Regards, Yoo-Sun


Yoo-Sun Park
Head of Patents & Design
The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313
yoospark@coca-cola.com

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system  Thank You.

Classified - Confidential

<2025.08.19 - Coca Cola Demand Letter from STG 4905-2109-9360 v.3.pdf>

2

## Keith Grady

| | |
|---|---|
| **From:** | Keith Grady |
| **Sent:** | Thursday, September 25, 2025 4:00 PM |
| **To:** | Yoo-Sun Park |
| **Cc:** | Kelsey Cromell; Dana Parfait |
| **Subject:** | RE: Soluble Technologies Group LLC Patent Portfolio--Follow Up |

Dear Ms. Park,

I am following up on my prior message to you (below) to which we received no response. We can only assume from your lack of communication that Coca Cola is not interested in an amicable discussion regarding the STG patent portfolio. Please let us know if Coca Cola intends to respond to our correspondence. If we don't hear back from you by October 1, we will pursue other avenues for enforcing STG's rights against Coca Cola.

Best regards,
Keith

**From:** Keith Grady <keith.grady@keanmiller.com>
**Sent:** Tuesday, September 2, 2025 5:31 PM
**To:** Yoo-Sun Park <yoospark@coca-cola.com>
**Subject:** Re: Soluble Technologies Group LLC Patent Portfolio

Dear Mr. Park,
Thank you for your message. Please let us have your response by September 24 so we can move this matter forward. We look forward to discussing this matter with you.
Best regards,
Keith

Keith Grady
Partner
Kean Miller LLP
909 Poydras St. Suite 3600
New Orleans, Louisiana 70112
504.620.3186 (direct)
314.707.9482 (mobile)
keith.grady@keanmiller.com
*Practice limited to federal intellectual property law; Not licensed in Louisiana.*

 **KeanMiller**

REDISCOVER KEAN MILLER | LAW BLOGS

1

CONFIDENTIALITY STATEMENT
This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended for the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify sender immediately by telephone.

On Sep 2, 2025, at 1:44 PM, Yoo-Sun Park <yoospark@coca-cola.com> wrote:

> **CAUTION:** This email originated from outside of Kean Miller. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Grady,

We are confirming receipt of the attached letter addressed to the General Counsel of The Coca-Cola Company.

We are reviewing the contents of your letter.

Please direct any future correspondence to my attention.

Regards, Yoo-Sun


Yoo-Sun Park
Head of Patents & Design
The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313
yoospark@coca-cola.com

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system. Thank You.

Classified - Confidential

<2025.08.19 - Coca Cola Demand Letter from STG 4905-2109-9360 v.3.pdf>

2

## Keith Grady

| | |
|---|---|
| **From:** | Keith Grady |
| **Sent:** | Thursday, October 16, 2025 12:47 PM |
| **To:** | Yoo-Sun Park |
| **Cc:** | Kelsey Cromell; Dana Parfait |
| **Subject:** | STG Patent Portfolio |

Dear Ms. Park,

My client would like to discuss the STG patent portfolio with your client in an amicable manner. We sent a detailed letter to your client on August 19, 2025—almost two months ago and we still have not received any substantive response. Because we have not heard back from your client for such an extended period of time, it does not appear to us that your client has any interest in discussing STG's patent portfolio. Accordingly, unless STG receives a substantive response from your client no later than October 24, 2025, STG will be forced to pursue other alternatives to enforce its rights.

Best regards,
Keith


Keith Grady
Partner
Kean Miller LLP
909 Poydras St. Suite 3600
New Orleans, Louisiana 70112
504.620.3186 (direct)
314.707.9482 (mobile)
keith.grady@keanmiller.com
*Practice limited to federal intellectual property law; Not licensed in Louisiana.*

# Kean Miller

REDISCOVER KEAN MILLER | LAW BLOGS

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended for the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us by telephone.

## Keith Grady

| | |
|---|---|
| **From:** | Keith Grady |
| **Sent:** | Monday, November 10, 2025 11:57 AM |
| **To:** | Steven Seltzer; Reuben Seltzer |
| **Cc:** | Kelsey Cromell; Dana Parfait; Davis, Kevin |
| **Subject:** | FW: STG Patent Portfolio Discussion--Follow Up |
| **Attachments:** | Coke Classic and Coke Zero Part 1 Label.jpg; Coca Cola Box and Label.jpg |

Dear Ms. Park and Mr. Seeger,

I am following up on my message below. We can only assume based on your lack of a response that you no longer wish to engage in discussions with STG regarding this matter and that my client will have to take alternative actions to enforce its intellectual property. If I am mistaken about this, please let me know by the close of business tomorrow—November 11.

Best regards,
Keith


Keith Grady
Partner
Kean Miller LLP
909 Poydras St. Suite 3600
New Orleans, Louisiana 70112
504.620.3186 (direct)
314.707.9482 (mobile)
keith.grady@keanmiller.com
*Practice limited to federal intellectual property law; Not licensed in Louisiana.*

## KeanMiller

REDISCOVER KEAN MILLER | LAW BLOGS

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended for the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify sender immediately by telephone.

**From:** Keith Grady <keith.grady@keanmiller.com>
**Sent:** Monday, November 3, 2025 5:12 PM
**To:** Yoo-Sun Park <yoospark@coca-cola.com>; Rich Seeger <rseeger@coca-cola.com>
**Cc:** Davis, Kevin <kevin.davis@wbd-us.com>; Kelsey Cromell <kelsey.cromell@keanmiller.com>; Dana Parfait <dana.parfait@keanmiller.com>
**Subject:** RE: STG Patent Portfolio Discussion--Follow Up

1

Dear Ms. Park and Mr. Seeger,

Thank you for the discussion on October 30 regarding STG's patent portfolio and its applicability to the post-mix Freestyle beverage products tested by STG--Coca Cola, Coke Zero, Sprite, Sprite Zero, Fanta, Fanta Zero, Powerade Fruit Punch.
As we understand it, Coke's position, which you articulated during our call, is that the products do not infringe, and Coke has no interest in a license to the portfolio because the concentrate for the various products that is mixed with water in the Freestyle machine is in multiple cartridges. Please correct me if I have misstated your position.

As I indicated during our call, we do not believe that simply dividing the ingredients into separate cartridges, which then become a single concentrate when mixed in the Freestyle machine, takes the products outside of the scope of the claims of the STG patents. However, we would like to be able to confirm that the products are provided in separate cartridges and what ingredients are in the separate cartridges. We therefore request that you identify the Freestyle cartridges used to prepare each of the post-mix beverage products tested by STG (*i.e.*, Coca Cola, Coke Zero, Sprite, Sprite Zero, Fanta, Fanta Zero, Powerade Fruit Punch) and provide the appropriate cartridge label for each identified cartridge.

Moreover, our research turned up the attached labels for the Coca-Cola and Coke Zero Sugar concentrates. The labels state that the "P1" or "Part 1" ingredients include: **water**, **phosphoric acid**, caramel color, potassium citrate, caffeine, **natural flavors**, and dimethylpolysiloxane. Accordingly, the ingredient list for the P1 or Part 1 cartridge for Coca-Cola and Coke Zero Sugar appears to include all of the limitations of STG's claims in a single cartridge (*e.g.*, water, acid, and flavoring). Please confirm if this is correct.

Please let us have your response by no later than November 7.

Best regards,
Keith



Keith Grady
Partner
Kean Miller LLP
909 Poydras St. Suite 3600
New Orleans, Louisiana 70112
504.620.3186 (direct)
314.707.9482 (mobile)
keith.grady@keanmiller.com
*Practice limited to federal intellectual property law; Not licensed in Louisiana.*

 **KeanMiller**

REDISCOVER KEAN MILLER | LAW BLOGS
CONFIDENTIALITY STATEMENT
This electronic message contains information from the law firm of Kean Miller LLP and is confidential

2

privileged. The information is intended for the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify sender immediately by telephone.

**From:** Keith Grady <keith.grady@keanmiller.com>
**Sent:** Thursday, October 30, 2025 2:14 PM
**To:** Yoo-Sun Park <yoospark@coca-cola.com>; Rich Seeger <rseeger@coca-cola.com>
**Cc:** Davis, Kevin <kevin.davis@wbd-us.com>; Kelsey Cromell <kelsey.cromell@keanmiller.com>; Dana Parfait <dana.parfait@keanmiller.com>
**Subject:** FW: Letter to coke in 2017

Dear Ms. Park and Mr. Seeger,

Attached is the email string we discussed.

Best regards,
Keith


Keith Grady
Partner
Kean Miller LLP
909 Poydras St. Suite 3600
New Orleans, Louisiana 70112
504.620.3186  (direct)
314.707.9482  (mobile)
keith.grady@keanmiller.com
*Practice limited to federal intellectual property law; Not licensed in Louisiana.*


# ◼ KeanMiller

REDISCOVER KEAN MILLER | LAW BLOGS

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended for the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this message is prohibited. If you have received this electronic message in error, please notify sender immediately by telephone.

**From:** Steven Seltzer <stevens@solubletechnologiesgroup.com>
**Sent:** Tuesday, October 28, 2025 9:24 AM
**To:** Keith Grady <keith.grady@keanmiller.com>
**Subject:** Letter to coke in 2017

CAUTION: This email originated from outside of Kean Miller. Do not click links or open attachments unless you recognize the sender and know the content is safe.

So you have it handy ahead of the call.. I think the fact we mention Dasani drops, makes it's clear what this technology is for.

Coca-Cola®/MD Zero Sugar
Part 1
23 FL OZ (680 mL)

INGREDIENTS: WATER, PHOSPHORIC ACID,
CARAMEL COLOR, POTASSIUM CITRATE,
CAFFEINE, NATURAL FLAVORS,
DIMETHYLPOLYSILOXANE

Coca-Cola®/MD
Partie 1
23 FL OZ (680

INGRÉDIENTS : EAU, ACIDE
COLORANT CARAMEL, CITR
CAFÉINE, ARÔMES NATURE
DIMÉTHYLPOLYSILOXANE



MicroDosed Beverage Component
Constituant de boisson microdosé
Componente de bebida microdosificada

A CONSOMMER

