IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLUBLE TECHNOLOGIES GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-122 (CFC) |
| | ) | |
| | ) | |
| THE COCA-COLA COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT THE COCA-COLA COMPANY'S
PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM,
OR ALTERNATIVELY, TO STRIKE**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant

The Coca-Cola Company ("Coca-Cola") moves to dismiss the claims for pre-suit

damages and for injunctive relief in the complaint filed by Plaintiff Soluble

Technologies Group, LLC ("STG") (D.I. 1) for failure to state a claim upon which

relief may be granted.  In the alternative, Coca-Cola moves to strike, under Rule 12(f)

of the Federal Rules of Civil Procedure, STG's request for pre-suit damages and

injunctive relief.  The grounds for this motion are set forth in Coca-Cola's opening

brief, filed concurrently herewith.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Jennifer Ying*

_____

OF COUNSEL:

Danielle Williams
KING & SPALDING LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
704-503-2600

Russell E. Blythe
Ellen Yeseul Min
Mary Katherine Kennedy
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
404-572-4600

Michael A. Bittner
KING & SPALDING LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201

March 27, 2026

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Defendant*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLUBLE TECHNOLOGIES GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-122 (CFC) |
| | ) | |
| | ) | |
| THE COCA-COLA CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

On February 2, 2026, Plaintiff Soluble Technologies Group, LLC ("STG" or "Plaintiff") filed its Complaint against Defendant The Coca-Cola Company ("Coca-Cola" or "Defendant"). On March 27, 2026, Coca-Cola filed its Partial Motion to Dismiss, or in the Alternative, to Strike claims for pre-suit damages and for injunctive relief ("the Motion"). Having considered the Motion and any response thereto,

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion is hereby GRANTED;

2. Plaintiff's claims for damages before February 2, 2026 for U.S. Patent Nos. 11,785,969 and 11,766,054 as to all accused products are hereby dismissed with prejudice;

3.    Plaintiff's claims for damages before February 2, 2026 for U.S. Patent Nos. 11,517,033; 11,744,267; 11,785,969; 11,766,054; and 11,606,961 as to Diet Coke® P2 is hereby dismissed with prejudice;

4.    Plaintiff's claims for damages before August 19, 2025 for U.S. Patent Nos. 11,517,033; 11,744,267; 11,606,961 as to Coca-Cola® P1 and Coca-Cola® Zero Sugar P1 are hereby dismissed with prejudice; and

5.    Plaintiff's claims for preliminary and permanent injunctive relief are hereby dismissed with prejudice/stricken from the Complaint.

IT IS SO ORDERED, THIS _____ DAY OF _____, 2026.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 27, 2026, upon the following in the manner indicated:

Margaret F. England                          *VIA ELECTRONIC MAIL*
GELLERT SEITZ BUSENKELL & BROWN LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
*Attorneys for Plaintiff*

Keith Grady                                  *VIA ELECTRONIC MAIL*
R. Devin Ricci
J. Matthew Miller III
Richard McConnell
KEAN MILLER LLP
BankPlus Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
*Attorneys for Plaintiff*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)