IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLUBLE TECHNOLOGIES GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-122 (CFC) |
| | ) | |
| THE COCA-COLA COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *The Coca-Cola Company's First Set of Interrogatories to Soluble Technologies Group, LLC (Nos. 1-15)* and (2) *The Coca-Cola Company's First Set of Requests for Production to Soluble Technologies Group, LLC (Nos. 1-60)* were caused to be served on July 2, 2026, upon the following in the manner indicated:

Margaret F. England                                          *VIA ELECTRONIC MAIL*
Denisse Guevara
GELLERT SEITZ BUSENKELL & BROWN LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
*Attorneys for Plaintiff*

Keith Grady                                              *VIA ELECTRONIC MAIL*
R. Devin Ricci
J. Matthew Miller III
Richard McConnell
KEAN MILLER LLP
BankPlus Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
*Attorneys for Plaintiff*

 

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Jennifer Ying*

_____

OF COUNSEL:                      Jennifer Ying (#5550)
                                 1201 North Market Street
Danielle Williams                P.O. Box 1347
KING & SPALDING LLP              Wilmington, DE  19899-1347
300 S Tryon Street               (302) 658-9200
Suite 1700                       jying@morrisnichols.com
Charlotte, NC 28202
704-503-2600                     *Attorneys for Defendant*

Russell E. Blythe
Ellen Yeseul Min
Mary Katherine Kennedy
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
404-572-4600

Michael A. Bittner
KING & SPALDING LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201

July 2, 2026

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 2, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Margaret F. England | *VIA ELECTRONIC MAIL* |
| Denisse Guevara | |
| GELLERT SEITZ BUSENKELL & BROWN LLC | |
| 1201 N. Orange Street, Suite 300 | |
| Wilmington, DE 19801 | |
| *Attorneys for Plaintiff* | |

| | |
|---|---|
| Keith Grady | *VIA ELECTRONIC MAIL* |
| R. Devin Ricci | |
| J. Matthew Miller III | |
| Richard McConnell | |
| KEAN MILLER LLP | |
| BankPlus Tower | |
| 909 Poydras St., Suite 3600 | |
| New Orleans, LA 70112 | |
| *Attorneys for Plaintiff* | |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)