IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SOLUBLE TECHNOLOGIES GROUP, LLC,  )
)
Plaintiff,  )
)
v.  )   C.A. No. 26-122 (CFC)
)
THE COCA-COLA COMPANY  )
)
Defendant.  )

**THE COCA-COLA COMPANY'S NOTICE
OF THIRD-PARTY SUBPOENAS**

Please take notice that pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, Defendant The Coca-Cola Company will serve the subpoenas attached as Exhibits 1-3 upon Pure Inventions LLC; Nature's Flavor; and Hypothermias, Inc.; respectively.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Jennifer Ying*

_____

Jennifer Ying (#5550)

OF COUNSEL:

1201 North Market Street
P.O. Box 1347

Danielle Williams
KING & SPALDING LLP

Wilmington, DE  19899-1347

300 S Tryon Street

(302) 658-9200

Suite 1700

jying@morrisnichols.com

Charlotte, NC 28202
704-503-2600

*Attorneys for Defendant*

Russell E. Blythe
Ellen Yeseul Min
Mary Katherine Kennedy
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
404-572-4600

Michael A. Bittner
KING & SPALDING LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201

July 6, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 6, 2026, upon the following in the manner indicated:

Margaret F. England                                    *VIA ELECTRONIC MAIL*
Denisse Guevara
GELLERT SEITZ BUSENKELL & BROWN LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
*Attorneys for Plaintiff*

Keith Grady                                            *VIA ELECTRONIC MAIL*
R. Devin Ricci
J. Matthew Miller III
Richard McConnell
KEAN MILLER LLP
BankPlus Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
*Attorneys for Plaintiff*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)